Stewart C. Fitts (5635)
David M. Doto (11796)
Shelby A. Dahl (13856)
**HUTCHISON & STEFFEN, PLLC**
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada  89145
Telephone:    (702) 385-2500
Facsimile:    (702) 385-2086
sfitts@hutchlegal.com
ddoto@hutchlegal.com
sdahl@hutchlegal.com

John J. Sullivan (*pro hac vice forthcoming*)
**COZEN O'CONNOR**
3 WTC, 175 Greenwich Street, 55th Floor
New York, New York 10007
Telephone:    (212) 908-1330
Facsimile:    (646) 880-3650
jsullivan@cozen.com

Max E. Kaplan (*pro hac vice forthcoming*)
**COZEN O'CONNOR**
1650 Market Street Suite 2800
Philadelphia, Pennsylvania 19103
Telephone:    (215) 665-4682
Facsimile:    (215) 701-2282
mkaplan@cozen.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SARITA LUNDIN, individually and on behalf of all others similarly situated, | CASE NO.:  2:24-cv-00411-JAD-MDC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT** |
| v. | |
| FERTILITY CENTER OF LAS VEGAS - SHAPIRO, MD, PLLC, | **(FIRST REQUEST)** |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for Plaintiff

Sarita Lundin ("Plaintiff") and Defendant Fertility Center of Las Vegas - Shapiro, MD, PLLC

1

("Defendant"), that the deadline for Defendant to file a response to the complaint is extended from March 25, 2024 to May 13, 2024.  This is the first stipulation for extension of time to file a response to the complaint.  This request is based on Defendant's recent retention of counsel and to allow Defendant adequate time to investigate the allegations in the complaint.

DATED:  21st day of March, 2024.

**THE BOURASSA LAW GROUP**

*/s/ Jennifer A. Fornetti*
Jennifer A. Fornetti (7644)
Mark J. Bourassa (7999)
Valerie S. Christian (14716)

**ALMEIDA LAW GROUP LLC**
David S. Almeida (*pro hac vice* forthcoming)
Matthew J. Langley (*pro hac vice* forthcoming)

*Attorneys for Plaintiff*

DATED:  21st day of March, 2024.

**HUTCHISON & STEFFEN, PLLC**

*/s/ Shelby A. Dahl*
Stewart C. Fitts (5635)
David M. Doto (11796)
Shelby A. Dahl (13856)

**COZEN O'CONNOR**
John J. Sullivan (*pro hac vice* forthcoming)
Max Kaplan (*pro hac vice* forthcoming)

*Attorneys for Defendant*

**IT IS SO ORDERED**:

_____
United States Magistrate Judge
DATED: _____3-25-24_____

2