Stewart C. Fitts (5635)
David M. Doto (11796)
Shelby A. Dahl (13856)
**HUTCHISON & STEFFEN, PLLC**
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada  89145
Telephone:	(702) 385-2500
Facsimile:	(702) 385-2086
sfitts@hutchlegal.com
ddoto@hutchlegal.com
sdahl@hutchlegal.com

John J. Sullivan (*pro hac vice forthcoming*)
**COZEN O'CONNOR**
3 WTC, 175 Greenwich Street, 55th Floor
New York, New York 10007
Telephone:	(212) 908-1330
Facsimile:	(646) 880-3650
jsullivan@cozen.com

Max E. Kaplan (*pro hac vice forthcoming*)
**COZEN O'CONNOR**
1650 Market Street Suite 2800
Philadelphia, Pennsylvania 19103
Telephone:	(215) 665-4682
Facsimile:	(215) 701-2282
mkaplan@cozen.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SARITA LUNDIN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FERTILITY CENTER OF LAS VEGAS - SHAPIRO, MD, PLLC, <br><br> Defendant. | CASE NO.:  2:24-cv-00411-JAD-MDC <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT** <br><br> **(SECOND REQUEST)** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for Plaintiff Sarita Lundin ("Plaintiff") and Defendant Fertility Center of Las Vegas - Shapiro, MD, PLLC ("Defendant"), that the deadline for Defendant to file a response to the complaint is extended from

1

May 13, 2024 to June 10, 2024.  This is the second stipulation for extension of time to file a response to the complaint.

      This request is made in the interest of providing the parties time to discuss Plaintiff's allegations and claims in the complaint before Defendant is required to answer the Complaint.

DATED:  7th day of May, 2024.        DATED:  7th day of May, 2024.

**THE BOURASSA LAW GROUP**      **HUTCHISON & STEFFEN, PLLC**

*/s/ Jennifer A. Fornetti*      */s/ Shelby A. Dahl*
Jennifer A. Fornetti (7644)      Shelby A. Dahl (13856)
Mark J. Bourassa (7999)      Stewart C. Fitts (5635)
Valerie S. Christian (14716)      David M. Doto (11796)

**ALMEIDA LAW GROUP LLC**      **COZEN O'CONNOR**
David S. Almeida (*pro hac vice* forthcoming)      John J. Sullivan (*pro hac vice* forthcoming)
Matthew J. Langley (*pro hac vice* forthcoming)      Max Kaplan (*pro hac vice* forthcoming)

*Attorneys for Plaintiff*      *Attorneys for Defendant*

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED:  5-9-24

2