# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Sarita Lundin,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Fertility Center of Las Vegas - Shapiro, MD, PLLC,<br><br>　　　　　　　Defendants. | Case No. 2:24-cv-00411-JAD-MDC<br><br>**ORDER** |

The parties stipulated that the defendant could answer the complaint on June 24, 2024. ECF No. 20. In the intervening time the parties have not filed anything.

**IT IS ORDERED** that by **August 19, 2024**, the parties shall file either:

1. A responsive pleading; or
2. A notice of settlement with a dismissal deadline.
3. Failure to comply with this order may result in a report and recommendation that this case be dismissed for failure to prosecute.

Dated: August 8, 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

1